IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:15-cv-557-NJR-DGW |
| JOHN LAKIN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is Defendants' Motion to Compel filed on March 22, 2016 (Doc. 32). For the reasons set forth below, the Motion is **GRANTED**.

In their motion to compel, Defendants ask the Court to enter an order compelling Plaintiff to respond to Defendants' First Interrogatories and First Requests for Production of Documents that were served on Plaintiff on December 17, 2015. In support of their motion, Defendants indicate (and attached correspondence evidencing) that they sent correspondence to Plaintiff on January 27, 2016 concerning his discovery responses, but have not yet received a response. As of the date of this Order, it does not appear that Plaintiff has responded to Defendants' written discovery requests.

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, interrogatories and requests to produce must be answers and responded to within 30 days after being served. As such, Plaintiff's responses are severely delayed. Accordingly, Defendants' Motion to Compel is **GRANTED**. Plaintiff is **ORDERED** to provide full and complete responses, without objection, to Defendants' First Interrogatories and Requests to Produce by **June 10, 2016**. Plaintiff is

**WARNDED** that his failure to provide the responses in accordance with this Order may result in sanctions, including dismissal of this lawsuit.

**IT IS SO ORDERED.**

**DATED: May 24, 2016**

*Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**