IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER WALLACE, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 15-cv-00557-JPG-DGW |
| JOHN LAKIN, *et al*., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the court on Defendants' Motion (Doc. 35) to Dismiss Pursuant to Rule 41(b) for want of prosecution and for Plaintiff's failure to comply with a court order. The plaintiff has not filed a response.

The Plaintiff filed his complaint on May 18, 2015, alleging various violations of his constitutional rights in connection with his confinement in the Madison County Jail including exposure to raw sewage, inadequate nutrition, failure to follow grievance procedures, and deliberate indifference to a serious medical need. Plaintiff's claims with regard to his conditions of confinement and inadequate nutrition survived threshold review and proceeded against the defendants. (Doc. 7).

This matter then proceeded to the discovery phase of litigation. On May 24, 2016, the Court granted the defendants' motion to compel (Doc. 33) and directed the plaintiff to respond to the defendants' written discovery requests. The Court further warned the plaintiff that failure to provide the responses in accordance with the Court's order may result in sanctions, including dismissal of this lawsuit. To date, the plaintiff has failed to respond to the defendants' discovery requests as directed.

The Court also notes that the Plaintiff has failed to respond to the Defendants' Motion for Dismissal for Want of Prosecution.  The last contact the plaintiff had with the Court was on October 30, 2015, when he filed his response to the defendants' motion for summary judgment.  As such, there has been no activity by the plaintiff in this matter in almost a year.

Federal Rule of Civil Procedure 41((b) provides for involuntary dismissal, "If the plaintiff fails to prosecute or to comply with these rules or a court order."  Further, The Court has inherent authority to manage its docket.  *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

Based on the above, the Court **GRANTS** Defendants' Motion (Doc. 35) to Dismiss Pursuant to Rule 41(b)and **DISMISSES** this matter with prejudice.  The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**   10/11/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**