## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER WALLACE, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 15-cv-00557-JPG-DGW |
| ) | |
| JOHN LAKIN, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,   IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **John Lakin, Gary Bost, Robert Hollenbeck, Robert Blankenship, Barbara Unfried, Martha Major, and Alisia Rushing** for conditions of confinement in violation of the 14th Amendment; inadequate nutrition in violation of the 8th Amendment; deliberate indifference to a serious medical need in violation of the 14th; and failure to follow grievance procedures are dismissed with prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **John Lakin, Gary Bost, Robert Hollenbeck, Robert Blankenship, Barbara Unfried, Martha Major, and Alisia Rushing** and against plaintiff **Christopher Wallace** for conditions of confinement in violation of the 14th Amendment; inadequate nutrition in violation of the 8th Amendment; deliberate indifference to a serious medical need in violation of the 14th; and failure to follow grievance procedures.

**DATED:** 10/12/2016                                                  **Justine Flanagan**
                                                                                                                **Acting Clerk of Court**

                                                                                                                *s/Tina Gray*, **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**